**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL Y. BIRMAN, | ) | NO. CV 12-3838-SVW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition With Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:     April 16, 2013.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE